THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:  (702) 384-4012
Facsimile:   (702) 383-0701
tdillard@ocgas.com
Attorney for Defendant LVMPD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| GORDON J. LAWES,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NAPHCARE, INC., an Alabama Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:   2:12-cv-1523-RFB-CWH |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff GORDON J. LAWES ("Plaintiff") and Defendant LAS VEGAS METROPOLI-TAN POLICE DEPARTMENT ("Defendant") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT, as set forth in the Plaintiff's Complaint,

///

///

///

///

///

///

shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 11th day of February, 2015.

OLSON, CANNON, GORMLEY ANGULO & STOBERSKI

*/s/ T.D. Dillard*

THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
Clark County

LAW OFFICES OF HERBERT HAFIF

*/s/ Michael G. Dawson*

Greg K. Hafif, Esq.
Michael G. Dawson, Esq.
269 West Bonita Ave.
Claremont, California 91711-4784
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this 11th day of February, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**